No. 68254.—Dansk Designs, Inc. *v.* United States, protest 63/3717 (New York).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68255.—Freedman & Slater, Inc. *v.* United States, protest 63/5492 (New York).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, JANUARY 20, 1964

No. 68256.—Caldwell Products Corp. et al. *v.* United States, protests 60/8806, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the principles are the same as those involved in *C. J. Tower & Sons* v. *United States* (33 Cust. Ct. 14, C.D. 1628), and *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 22, 1964

No. 68257.—Ster-Wood Corp. *v.* United States, protest 58/20096 (New York).

Opinion by RAO, J. In accordance with stipulation of council that the merchandise consists of parts of electrical dishwashers similar in all material respects to those the subject of Abstract 67196, the claim of the plaintiff was sustained.